VALEANT INTERNATIONAL BERMUDA, Plaintiff–Appellee,

v.

ACTAVIS, INC., Watson Laboratories, Inc.-Florida, and Actavis Pharma, Inc., Defendants–Appellants.

Nos. 2012–1117, 2012–1307.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2013.

Theresa M. Gillis, Mayer Brown LLP, of New York, NY, argued for plaintiff-appellee. With her on the brief were John J. Molenda. Of counsel on the brief were Thomas W. Jenkins and Erick J. Palmer, of Chicago, IL.

Jeffrey J. Toney, Kasowitz, Benson Torres & Friedman LLP, of Atlanta, GA, argued for defendants-appellants. With him on the brief were Jonathan K. Waldrop and Darcey L. Jones. Of counsel on the brief was Norman E.B. Minnear, of New York, NY. Of counsel was Parker C. Ankrum, of Redwood, CA.

DYK, O'MALLEY, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.